D+F



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KH

*One Pierrepont Plaza*
*New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

August 17, 2006

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Application granted. Defendant's motion for judgment on the pleadings shall be served by Sept. 21, 2006. Plaintiff's reply shall be served — and the fully-briefed motion filed — by October 23, 2006. So ordered.
>
> USDJ    8/17/06
>
> cc: parties

Re: Castellano v. Barnhart,
    Civil Action No. CV-06-0781 (Ross J.)

Dear Judge Ross:

This letter is submitted to respectfully request a thirty day extension of the due date for the Defendant's Motion for Judgment on the Pleadings in the above-reference matter from August 21, 2006 until September 21, 2006. This extension of time is necessary for administrative reasons. This is the first extension request in this matter. Plaintiff's counsel has consented to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By:  /s/
KELLY C. HORAN
Assistant U.S. Attorney
(718) 254-6007

cc: Anthony Mallilo, Esq.
    Francesco Pomara, Esq.
    Mallilo & Grossman
    *Attorneys for plaintiff*
    163-09 Northern Boulevard
    Flushing, New York 11356